AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ Ron Anthony Gordon, a/k/a Greg Enrique Gordon

**DISTRICT COURT NUMBER**

CR 07 0585

MAG

### PENALTY:

Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

E-filing

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70495 JCS

Name and Office of Person Furnishing Information on THIS FORM     SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                           E-filing
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,        ) CR No. 07  0585 MAG
                                      )
14 |     Plaintiff,                   ) VIOLATION: Title 18, United States Code,
                                      ) Section 1028(a)(4) – Possession of an
15 | v.                               ) Identification Document with Intent to
                                      ) Defraud the United States (Class A
16 | RON ANTHONY GORDON,              ) Misdemeanor)
         a/k/a Greg Enrique Gordon,   )
17                                    )
         Defendant.                   ) SAN FRANCISCO VENUE
18 |_____ )
19
20                              I N F O R M A T I O N
21  The United States Attorney charges:
22      On March 9, 2001, in the Northern District of California, the defendant,
23                          RON ANTHONY GORDON,
                           a/k/a Greg Enrique Gordon,
24
    knowingly possessed an identification document, authentication feature, or false identification
25
    document, that was not an identification document issued lawfully for his use, to wit: a
26
    //
27
    //
28
    //

    INFORMATION

1  California Driver's License bearing the name Greg Enrique Gordon, with the intent that such
2  document or feature be used to defraud the United States, in violation of Title 18, United States
3  Code, Section 1028(a)(4), a Class A Misdemeanor.

5  DATED: 9/13/07

        SCOTT N. SCHOOLS
        United States Attorney

        /s/ Gregg W. Lowder
        GREGG W. LOWDER
        Deputy Chief, Major Crimes Section

11 (Approved as to form: /s/ Wendy Thomas
        WENDY THOMAS
12         Special Assistant United States Attorney

INFORMATION