UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 07 585 MAG (EDL) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER (Proposed) |
| RON ANTHONY GORDON, ) | |
| Defendant. ) | |

   With the agreement of the parties in court on September 17, 2007, the Court set the case for entry of plea on October 9, 2007, at 11:00 a.m. and excluded time under the Speedy Trial Act from September 17, 2007, to October 9, 2007. Specifically, the Court found and held as follows:

   1. The defendant is free on bond. He made his initial appearance on the information in this case on September 17, 2007.

   2. The parties are finalizing a plea agreement. Counsel for Mr. Gordon has a previously-scheduled trial and is not available for entry of plea until October 9, 2007. Thus, the parties agreed, and the Court found and held, that failing to grant a continuance until October 9, 2007, would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed, and the Court found and held, that the ends of justice served by excluding the period from September 17, 2007, to October 9, 2007, outweighed the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

STIPULATION AND ORDER (CR 07 585 MAG (EDL))

4. Accordingly, during the court appearance on September 17, 2007, the Court excluded time under the Speedy Trial Act from September 17, 2007, to October 9, 2007, and it now enters this order documenting that exclusion. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:_____

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATED:

DATED: September 18, 2007        /s/
JODI LINKER
Attorney for RON ANTHONY GORDON

DATED: September 18, 2007        /s/
LAUREL BEELER
Assistant United States Attorney

STIPULATION AND ORDER (CR 07 585 MAG (EDL)    2