Exhibit A

January 07, 2008

Dear Your Honor,

I am writing this letter in support of my fiancé and the father of our 4-year-old daughter Kaia, Ron Gordon. I acknowledge that he has pleaded guilty to a federal misdemeanor crime; however, despite this fact I still stand by him.

When we met in September of 2001 Ron was attending Sacramento State University working towards his Bachelor's degree in accounting. Ron has since graduated with two degrees; one in accounting and the other in accounting information systems. Through our time together my father committed suicide, and if it wasn't for the support and love that Ron show me I would not have survived that ordeal.

Before my father committed suicide Ron made a promise to honor, love and take care of me. He has honored the promise thus far and I have no doubt that he will honor it for our time on earth. From the time that our daughter was born Ron has been the proudest father. He was so excited and amazed at the birth. He is a very attentive father and is extremely close with our daughter. He just started a new job and is working the graveyard shift, but he still manages to cook our daughter breakfast every morning. He also takes her to and from school.

Since I came into Ron's life he has become a different person, he has reasons to care and love. He has had no issues with the law other than traffic tickets. Ron is my rock, when I am weak he is my soft place. He wipes the tears from my face and makes me feel safe.

I know that Ron has committed a crime, but please keep in mind the love he has for his family. Ron is also the center of this family; right now he is supporting our daughter and me because I am disabled from a work related injury. I hope that you consider the type of man that Ron is now, and not who he was in his past. Thank you for taking the time to read this letter and I hope that it aids you in your decision.

Sincerely,

Alison Slaughter