Exhibit B

January 20, 2008

Dear Your Honor,

I am writing in hope that my letter will help guide you in the sentencing of Ron Gordon. I am aware that Mr. Gordon has pleaded guilty to possession of identification with the intent to defraud the United States. Although Mr. Gordon has pleaded guilty to this crime, I still support him 100%. My name is Greg Gordon and I am at the center of this case. I can not believe I am involved with something that could ruin his future. I am his brother and I am also the victim of this crime.

I support my brother because I have watched him make substantial changes in his life in the past 7 years. If he were not making these changes I would not want to associate my family with him. For example, he has earned his Bachelor's Degree, started a family and has gained a fiancé during this time. Before this time Ron was heading down the wrong path. In 2001, when he met his fiancé, he changed. He stopped getting in trouble, and he committed himself to his college education. He also assisted me in my college endeavors.

However, the biggest change that I have witnessed from him is the love that he shows to his daughter, my two boys and our mother. He makes it a point to let all the children know that he loves them very much and he assists our mother daily. I work 10 to 12 hour days and I am unable to assist my mother like I would like to. Ron has been instrumental in helping take care of her in my absence and he has been a great deal of help to me when I need him.

In conclusion, I would like to point out that Ron has worked extra hard at staying out of trouble in order to walk that straight line. It would be very devastating to him and myself if he where to have to go to prison over a bad decision that he made 7 years ago. I hope that this letter aids you in your verdict of my brother, Ron Anthony Gordon, and thank you for taking my letter into consideration.

Sincerely,

Greg E. Gordon