Exhibit C

January 18, 2008

Dear Honorable Judge:

In behalf of my son Ron A Gordon I am writing you. Ron now knows what he did was very wrong. He realizes that running away from his problems is not the right thing to do.

Ever since 2001 Ron has turn his life around 180 degrees, he went back to college and finish with a 2 bachelors degrees. He and his fiancée are raising his their 4-year-old daughter, Kaia Amber Gordon, together and he is a wonderful and caring father. He is very involved in her school projects and activities.

I am a single and retired and I live alone. Ron helps me whenever I call him; day or night. When I need anything done around the house I call him. If I get sick I call him. I know what he has done is wrong, however I still support him. I also need him and so does his family. I hope that Your Honor considers this when you make your ruling. Thank you for considering my letter.

Sincerely,

Theresa R. Gordon